United States District Court

Plaintiff
Cheryl Freier
   v.
Raytheon Company

   Raytheon Company has denied my friendy requests for my husband's (Martin Freier) pension, which I am legally entitled to.
   Raytheon has refused to show me the final papers that Raytheon and Martin signed when left the company after 25 years of employment.
   I signed the original document for pension application, meaning that I would get the pension when Martin was to die, unknown to me, where I checked the box, it was disregarded, x'd out!

and another box was was X'd.
I never signed for the other box.
My rights have been disregarded.
I am a person with a disability
and these rights have been disregarded
too!

Martin tried always to provide for me!
He was a wonderful husband. They, Raytheon
are responsible for this mistake. Martin
died six years ago. I have tried every
other recource and failed. Why should
I be denied my rights and
my money?

Please see my attachments
as evidence

Thank you

Sincerely,
Cheryl Freier